CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 OCT 14  PM 3:46

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SCOTT MATTISON LAWSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:11-CV-135 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Dep't of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER OVERRULING OBJECTIONS,
ADOPTING REPORT AND RECOMMENDATION
DENYING MOTION FOR FEDERAL INTERVENTION
and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. The Clerk of the Court construed the brief that was submitted in conjunction with the habeas corpus petition, which document was titled "Petition Requesting Federal Intervention on the State of Texas Refusing to Follow Texas Law," as a motion for court action. In addition to the habeas corpus petition, the motion for federal intervention is also pending. On September 26, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas petition be dismissed as successive and advising that federal intervention in the manner sought by petitioner was inappropriate. On October 6, 2011, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED. The motion for federal intervention is DENIED.

    IT IS SO ORDERED.

    ENTERED this _14th_ day of _October_ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE